**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

CONSTANTINO VEJAR SANCHEZ,    ) Case No. CV 14-4730-JAK (JPR)
                             )
                Petitioner,  )
                             )           **J U D G M E N T**
            vs.              )
                             )
STU SHERMAN, Warden,         )
                             )
                Respondent.  )
_____ )

     Under the Order Accepting Findings and Recommendations of
U.S. Magistrate Judge,

     IT IS HEREBY ADJUDGED that this action is dismissed with
prejudice.


DATED:  ___10/9/15___        _____
                            JOHN A. KRONSTADT
                            U.S. DISTRICT JUDGE